IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3112 |
| vs. | ORDER |
| DANIEL A. RODRIGUEZ PORTILLO, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue (filing 38) is granted.

2. Defendant Daniel A. Rodriguez Portillo's sentencing is continued to November 26, 2018, at 12:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 1st day of August, 2018.

BY THE COURT:

*(signature)*
John M. Gerrard
United States District Judge